ANTHONY H. MASON
Chapter 7 Trustee
1850 N CENTRAL AVENUE SUITE 930
PHOENIX, ARIZONA 85004
(602) 808-7770

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| ISLAS, EDUARDO | ) | Case No. 2:08-bk-04943-CGC |
| ISLAS, NICHOLE MURRIETA | ) | |
| | ) | PETITION TO PAY DIVIDEND |
| | ) | IN AMOUNT LESS THAN $5.00 |
| Debtors. | ) | TO THE CLERK OF THE |
| | ) | U.S. BANKRUPTCY COURT |

ANTHONY H. MASON, Trustee, reports that the following dividends in amounts less than $5.00 were declared, and pursuant to Bankruptcy Rule 3010 requests that such dividends not be distributed to creditors, but that they be treated in the same manner as unclaimed funds as provided in §347 of the Code.

| CLAIM NO. | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|
| 5 | US BANK CORP/RETAIL PAYMENT SOLUTIONS<br>PO BOX 5229<br>CINCINNATI, OH 45201 | $2.23 |
| 6 | US BANK CORP/RETAIL PAYMENT SOLUTIONS<br>PO BOX 5229<br>CINCINNATI, OH 45201 | $3.71 |

July 27, 2010                                       /s/ Anthony H. Mason
DATE                                                     ANTHONY H. MASON, TRUSTEE